# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-17-2 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RANDALL A. SIMMONS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Carmen E. Henderson Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Randall A. Simmons and enter a finding of guilty against defendant. (Doc. No. 55.)

On January 8, 2020, the government filed an Indictment against defendant. (Doc. No. 1.) On May 17, 2022, this Court issued an order assigning this case to Magistrate Judge Henderson for the purpose of receiving defendant's guilty plea. (Doc. No. 51.)

On June 2, 2022, a hearing was held in which defendant entered a plea of guilty to:

- Count 1, charging him with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. Section 846;

- Count 2, charging him with Distribution of Controlled Substances, in violation of 21 U.S.C Sections 841(a)(1) and (b)(1)(A).

Magistrate Judge Henderson received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 55.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1 and 2 of the indictment. The sentencing will be held on October 4, at 10:00 a.m. by video conference.

**IT IS SO ORDERED**.

Dated: October 4, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**